UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AKINTUNDE AKINLEYE,

             Plaintiff,

-against-

THE CITY OF PEEKSKILL, et al.,

             Defendants.

**ORDER**

21-CV-10254 (PMH)

---

PHILIP M. HALPERN, United States District Judge:

On August 23, 2022, this Court directed that, to the extent Plaintiff seeks a default judgment, he must comply with Rule 4(B) of this Court's Individual Practices. (Doc. 14). On September 19, 2022, Plaintiff filed a letter and Proposed Certificate of Default. (*See* Doc. 15; Doc. 16). The Clerk of the Court rejected the Proposed Certificate of Default and outlined its various deficiencies in a "blue text" docket entry later that same day. (*See* Sept. 19, 2022 Min. Entry). On October 3, 2022, Plaintiff filed another letter stating, in relevant part, "[t]his document is yet another notice, AND AFFIDAVIT . . . of default." (Doc. 17 at 1).

Plaintiff is again referred to Rule 4(B) of this Court's Individual Practices for the default judgment procedure. Plaintiff shall comply with those requirements on or before November 1, 2022. Failure to do so may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil Procedure 41(b).

Additionally, given the representations regarding Plaintiff's desire to dismiss the County of Westchester ("County") as a party (Doc. 10; Doc. 12), the County is DISMISSED. The Clerk of the Court is respectfully directed to terminate the County as a party to this action.

                                       **SO ORDERED:**

Dated: White Plains, New York
         October 6, 2022

                                       _____
                                       PHILIP M. HALPERN
                                       United States District Judge